IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HEATHER REYNOLDS**                                                                    **PLAINTIFF**

vs.                                                    No. 3:22-cv-169-KGB

**LIBERTY PARK SENIOR LIVING**                                            **DEFENDANT**
**OF JONESBORO, LLC**

## JOINT NOTICE OF LIABILITY SETTLEMENT

The purpose of this Joint Notice of Liability Settlement is to apprise the Court that Plaintiff and Defendant have reached a liability-only settlement in principle that will resolve Plaintiff's alleged unpaid wages and liquidated damages. The Parties are in the process of finalizing liability settlement documents and expect to file a Joint Stipulation of Dismissal of Plaintiff's Liability Claims within 45 days of the filing of this Joint Notice. If the Parties cannot agree on costs and a reasonable fee, Plaintiff will submit a petition for an award of attorneys' fees within 30 days of the filing of the Joint Stipulation of Dismissal of Plaintiff's Liability Claims. In light of the settlement progress, the Parties request that all pending deadlines be stayed.

Respectfully submitted,

**PLAINTIFF HEATHER REYNOLDS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and   LIBERTY PARK SENIOR LIVING OF
JONESBORO, LLC**

GILL RAGON OWEN, P.A.
425 W. Capital Avenue, Suite 3800
Little Rock, Arkansas 72201
Telephone: (501) 376-3800
Facsimile: (501) 372-3359

*/s/ Dylan H. Potts*
Dylan H. Potts
Ark. Bar No. 2001258
potts@gill-law.com

Danielle W.Owens
Ark. Bar No. 2009192
dowens@gill-law.com