IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HEATHER REYNOLDS**                                                                                   **PLAINTIFF**

vs.                                              No. 3:22-cv-169-KGB

**LIBERTY PARK SENIOR LIVING**                                                         **DEFENDANT**
**OF JONESBORO, LLC**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Heather Reynolds and Defendant Liberty Park Senior Living of Jonesboro, LLC, by and through their undersigned counsel, hereby submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA").

2. After arm's length negotiations in which Plaintiff and Defendant were both represented by counsel, Plaintiff and Defendant reached an agreement that resolves Plaintiff's claims, and afterwards reached an agreement as to Plaintiff's incurred attorneys' fees and costs; Plaintiff and Defendant believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

4. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows claims to be dismissed by stipulation if signed by all parties who have appeared.

Page 1 of 2
Heather Reynolds v. Liberty Park Senior Living of Jonesboro, LLC
U.S.D.C. (E.D. Ark.) Case No. 3:22-cv-169-KGB
Joint Stipulation of Dismissal with Prejudice

        Respectfully submitted,

        **PLAINTIFF HEATHER REYNOLDS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Colby Qualls
        Ark. Bar No. 2019246
        colby@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **LIBERTY PARK SENIOR LIVING OF JONESBORO, LLC**

        GILL RAGON OWEN, P.A.
        425 W. Capital Avenue, Suite 3800
        Little Rock, Arkansas 72201
        Telephone: (501) 376-3800
        Facsimile: (501) 372-3359

        Dylan H. Potts
        Ark. Bar No. 2001258
        potts@gill-law.com

        */s/ Danielle W. Owens*
        Danielle W. Owens
        Ark. Bar No. 2009192
        dowens@gill-law.com

Page 2 of 2
Heather Reynolds v. Liberty Park Senior Living of Jonesboro, LLC
U.S.D.C. (E.D. Ark.) Case No. 3:22-cv-169-KGB
Joint Stipulation of Dismissal with Prejudice